EUGENE L. BONDY and Others v. MILLARD E. THEODORE and ALFRED J. SHILLITANI, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.

ELISE ELAINE WEISBECKER v. CHARLES WEISBECKER.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 845.] Settle order on notice. Present — O'Malley, Townley, Glennon and Untermyer, JJ.

DANIEL O. HASTINGS, as Special Trustee of STANDARD GAS AND ELECTRIC COMPANY, Debtor, v. H. M. BYLLESBY & Co. and Others, Impleaded with WALTER T. ROSEN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MORRIS FRIEDER v. THE WASHINGTON SCHOOL FOR SECRETARIES OF NEW YORK, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM H. CROFT, JR., v. BEVERLEY B. CROFT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

YSABEL DE BLANCO FOMBONA and Another v. CREOLE PETROLEUM CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN BRANDT v. WALTER E. GODFREY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GERALDINE DWYER, an Infant, by CHARLES M. DWYER, Her Guardian ad Litem, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 862.] Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

DELIA SHEFFIELD, an Infant, by ALFRED SHEFFIELD, Her Guardian ad Litem, and ALFRED SHEFFIELD v. JOHN C. YAGER and EMILY YAGER and JOSEPH BEAURY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.